UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY ROSEBORO and
JOHN GLOVER,

    Plaintiffs,

v.

ROCKET MORTGAGE, LLC,
QUICKEN LOANS, LLC, and DOES
1-5, inclusive,

    Defendants.

Case No. 23-cv-11995
Hon. Brandy R. McMillion
Magistrate Elizabeth A. Stafford

## ORDER GRANTING UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE FLSA COLLECTIVE/CLASS MEMBERS

This matter having come before the Court on the Unopposed Motion for Approval of the FLSA Settlement (ECF No. 16), the Court having reviewed the motion and Settlement Agreements attached thereto, and having concluded that the Settlements are a fair and reasonable resolution and compromise of *bona fide* disputes over issues arising under Plaintiffs' FLSA claims in the underlying lawsuit, and the Court being otherwise fully advised in the premises;

**IT IS HEREBYORDERED** that the Settlements reached between the parties are approved as the Court finds them to be a fair and reasonable resolution and compromise of *bona fide* disputes over issues arising under Plaintiffs' FLSA claims.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to named Plaintiffs' claims and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative FLSA collective/class members, and without fees and costs, except as otherwise set forth in the Settlement Agreements executed between the parties.

**This is a final order that closes the case.**

**IT IS SO ORDERED.**

Dated: June 21, 2024

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

Approved as to form:

| /s/ Matthew J. Clark | /s/ Allan S. Rubin (with consent) |
|---|---|
| Gregory, Moore, Brooks & Clark, P.C. | JACKSON LEWIS P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Matthew J. Clark (P76690) | Allan S. Rubin (P44420) |
| 28 W. Adams, Ste. 300 | Benjamin D. Wu (P85635) |
| Detroit, MI 48226 (313) 964-5600 | Jennell K. Shannon (MN No. 0398672) |
| matt@unionlaw.net | (*admitted to practice in E.D. Mich.*) |
| | 2000 Town Center, Suite 1650 |
| | Southfield, Michigan 48075 |
| | (248) 936-1900 |
| | allan.rubin@jacksonlewis.com |
| | benjamin.wu@jacksonlewis.com |
| | jennell.shannon@jacksonlewis.com |